UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GREGORY ABBOTT, et al.,<br><br>    Defendants | Case No. 19-mj-06087-MPK |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for Defendants Mossimo Giannulli and Lori Loughlin in the above-captioned matter.

Dated: March 18, 2019

Respectfully submitted,

MOSSIMO GIANNULLI and
LORI LOUGHLIN

By their attorney,

/s/ William J. Trach
William J. Trach (BBO # 661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA  02116
Telephone:  (617) 948-6000
Facsimile:  (617) 948-6001
william.trach@lw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Notice of Appearance, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent via first class mail on March 18, 2019 to those identified as non-registered participants.

                                           /s/ William J. Trach
                                           William J. Trach