UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GREGORY ABBOTT, et al.,<br><br>    Defendants | Case No. 19-mj-06087-MPK |

**DEFENDANTS MOSSIMO GIANNULLI'S AND LORI LOUGHLIN'S
<u>MOTION TO CONTINUE</u>**

Defendants Mossimo Giannulli and Lori Loughlin ("Defendants") respectfully request that that Court continue the date of their initial appearances from Friday, March 29, 2019, to April 15, 2019, or a date thereafter that is convenient for the Court and the parties. As grounds for this Motion, Defendants state that their counsel have previously-booked scheduling conflicts outside of Boston that interfere with their ability to be present on March 29, 2019. Counsel for Defendants propose a continuance until Monday, April 15, 2019, or any other date that week that is convenient to the Court.

Counsel for the government has informed Defendants' counsel that the government takes no position on this Motion.

WHEREFORE, Defendants respectfully request that the Court continue Defendants' initial appearance to April 15, 2019, if convenient to the Court and the parties.

Dated: March 21, 2019

Respectfully submitted,

MOSSIMO GIANNULLI and
LORI LOUGHLIN

By their attorney,

/s/ *William J. Trach*
William J. Trach (BBO # 661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA  02116
Telephone:  (617) 948-6000
Facsimile:  (617) 948-6001
william.trach@lw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Motion, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent via first class mail on March 21, 2019 to those identified as non-registered participants.

                                                   /s/ *William J. Trach*
                                                   William J. Trach