AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>MOSSIMO GIANNULLI<br>_Defendant_ | )<br>)<br>) Case No. 1:19-mj-6087-MPK<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 4/3/19

_Defendant's signature_

_Signature of defendant's attorney_

BJ TRACH - 661401
_Printed name and bar number of defendant's attorney_

200 Clarendon Street Boston MA 02116
_Address of defendant's attorney_

william.trach@lw.com
_E-mail address of defendant's attorney_

617-948-6000
_Telephone number of defendant's attorney_

617-948-6001
_FAX number of defendant's attorney_